UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCIS JOHNSON,<br><br>                         Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>                         Defendants. | Case No. 2:14-cv-01425-GMN-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered September 3, 2014, regarding removal of this case to federal district court. On September 18, 2014, Defendants filed a signed Statement (Dkt. #6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than 4:00 p.m., November 14, 2014,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 31st day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE