UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANCIS JOHNSON, | Case No. 2:14-cv-01425-GMN-PAL |
| --- | --- |
| Plaintiff, | ORDER |
| v. | (Mot for Clarification – Dkt. #13) |
| STATE OF NEVADA, et al., | (Mot for Extension – Dkt. #14) |
| Defendants. | |

Before the court is Defendants' Motion for Clarification (Dkt. #13) and Motion for Extension of Time to File Joint Status Report (Dkt. #14).

On October 6, 2014, Defendants filed a Motion for Leave to file Independent Status Report (Dkt. #8) and attached as an exhibit Defendants' individual status report. On October 7, 2014, an Order (Dkt. #9) was entered granting Defendants' motion for leave to file independent status report and instructed Defendants to "separately file its independent status report forthwith." To date, Defendants have failed to separately file its independent status report.

On November 3, 2014, an Order (Dkt. #12) was entered requiring the parties to file a joint status report by November 14, 2014. This order was entered in error. Accordingly,

**IT IS ORDERED** that:

1. Defendants' Motion for Clarification (Dkt. #13) is **GRANTED** and the parties need not file a joint status report by November 14, 2014.

2. Defendants' Motion for Extension of Time to file Joint Status Report (Dkt. #14) is **GRANTED in part and DENIED in part.**

    a. The motion is granted to the extent that Defendants shall have until **4:00 p.m., November 29, 2014,** in which to file its independent status report which was filed as Exhibit 2 to the Motion (Dkt. 8).

1         b. The motion is denied as to filing the status report jointly.

2   DATED this 25th day of November, 2014.

 

                                                                          _____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE